6327 CW

E-filing

FILED 07 DEC 13 PM 2:05 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

Name Garrison Eric S.
(Last) (First) (Initial)

Prisoner Number 2338560

Institutional Address County Jail #5, P.O. BOX 67 San Bruno, CA. 94066

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Eric S. Garrison
(Enter the full name of plaintiff in this action.)

vs.

Superior Court of the State of California for the City and County of San Francisco
(Enter the full name of respondent(s) or jailor in this action)

Case No. C 07 6327 CW
(To be provided by the clerk of court)

**PETITION FOR A WRIT OF HABEAS CORPUS**

**(PR)**

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

Who to Name as Respondent

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now and the Attorney General of the state in which the judgment you seek to attack was entered.

A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1. What sentence are you challenging in this petition?

(a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

SanFrancisco Superior Court — SanFrancisco

Court — Location

(b) Case number, if known 2261739

(c) Date and terms of sentence June 29, 2006

(d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.) Yes ✓ No ____

Where?

Name of Institution: SanBruno County Jail #5

Address: P.O. Box 67, SanBruno CA. 94066

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

H&Safety 11350 possession of a controlled substance

3. Did you have any of the following?

Arraignment: Yes ✓ No ____

Preliminary Hearing: Yes ✓ No ____

Motion to Suppress: Yes ✓ No ____

4. How did you plead?

Guilty ____ Not Guilty ✓ Nolo Contendere ____

Any other plea (specify) ____________________

5. If you went to trial, what kind of trial did you have?

Jury ✓ Judge alone____ Judge alone on a transcript ____

6. Did you testify at your trial? Yes ____ No ✓

7. Did you have an attorney at the following proceedings:

(a) Arraignment Yes ✓ No ____

(b) Preliminary hearing Yes ✓ No ____

(c) Time of plea Yes ✓ No ____

(d) Trial Yes ✓ No ____

(e) Sentencing Yes ✓ No ____

(f) Appeal Yes ✓ No ____

(g) Other post-conviction proceeding Yes ____ No ✓

8. Did you appeal your conviction? Yes ✓ No ____

(a) If you did, to what court(s) did you appeal?

Court of Appeal Yes ✓ No ____

Year: 2006 Result: Denied

Supreme Court of California Yes ____ No ✓

Year: ____ Result: ____________________

Any other court Yes ____ No ✓

Year: ____ Result: ____________________

(b) If you appealed, were the grounds the same as those that you are raising in this

petition? Yes ____ No ✓

(c) Was there an opinion? Yes ✓ No ____

(d) Did you seek permission to file a late appeal under Rule 31(a)?

Yes ____ No ✓

If you did, give the name of the court and the result:

______________________________________________

______________________________________________

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal? Yes ____ No ✓

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

(a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I. Name of Court: ______________________________

Type of Proceeding: ______________________________

Grounds raised (Be brief but specific):

a.______________________________

b.______________________________

c.______________________________

d.______________________________

Result: ______________________________ Date of Result:__________

II. Name of Court: ______________________________

Type of Proceeding: ______________________________

Grounds raised (Be brief but specific):

a.______________________________________________

b.______________________________________________

c.______________________________________________

d.______________________________________________

Result: ________________________ Date of Result: __________

III. Name of Court: ______________________________________

Type of Proceeding: ______________________________________

Grounds raised (Be brief but specific):

a.______________________________________________

b.______________________________________________

c.______________________________________________

d.______________________________________________

Result: ________________________ Date of Result: __________

IV. Name of Court: ______________________________________

Type of Proceeding: ______________________________________

Grounds raised (Be brief but specific):

a.______________________________________________

b.______________________________________________

c.______________________________________________

d.______________________________________________

Result: ________________________ Date of Result: __________

(b) Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes ____ No ✓

Name and location of court: ______________________________________

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

need more space. Answer the same questions for each claim.

[Note: You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: "Due Process Violation."

Supporting Facts: On 4/6/06 6 days from the day I was arrested. I instructed my Defense attorney Henry Doering to have the case dismissed on the grounds of Reaccusation Delay before Judge McCabe. She denied the motion, but discharged it for lack of probable cause which left the D.A. a chance to refile case

Claim Two: "Ineffective Assistants of Counsel."

Supporting Facts: Defense Counsel made no attempt to challenge prosecutors response to Dismissal Motion that I had to inform him of. And at the preliminary hearing my defense attorny exibited the same negligense during a motion to Suppress.

Claim Three: Double Jeopardy

Supporting Facts: On 6/29/06 I was found guilty for an uncharged lesser included offense which resulted in my conviction before Jerome T. Benson

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

These 3 grounds was not previously presented on direct appeal nor with conjunction of Direct Appeal due to the advice of my appeal Laywer Jeromy T. Price which he advised me that these issues have no merit.

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

People v Pinedo (2005) 128 CA4th 968, 27 CR3d 562; 5th and 14th Amend. US Const.; 78 Harv. L Rev. 1434; US Const. Amend 6

Do you have an attorney for this petition? Yes____ No ✓

If you do, give the name and address of your attorney:

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on 12/7/07
Date

Eric S. Harrison
Signature of Petitioner

(Rev. 6/02)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S**
**IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

A. Non-habeas Civil Actions

The filing fee for any civil action other than a habeas is $150.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $150.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

B. Habeas Actions

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $150.00 filing fee applicable to all non-habeas civil actions.**

**THE COURT:** ALL RIGHT. OBJECTION'S OVERRULED. THE LAW SAYS THAT I HAVE TO GIVE IT. LET'S SEE WHAT PARTS.

**MR. BASSAN:** MAY I HAVE A MOMENT TO EXPLAIN THIS TO MY CLIENT?

**THE COURT:** SURE.

**MR. BASSAN:** THANK YOU, YOUR HONOR, FOR THE TIME.

(BRIEF PAUSE.)

**THE COURT:** I'M GOING TO MODIFY IT SO THAT IT READS CONSISTENTLY WITH CALCRIM 2303. I WILL TAKE OUT "TWO OR MORE PEOPLE." I'M TAKING OUT "AGREEMENT TO BUY." I'M TAKING OUT THE DESCRIPTION DEFENSE.

**MR. BASSAN:** 2302 YOU MEAN?

**THE COURT:** 2304, WHICH IS SIMPLE POSSESSION.

**MR. BASSAN:** RIGHT, AND THAT'S GOING TO BE CONSISTENT WITH 2302.

**THE COURT:** RIGHT.

**MR. BASSAN:** YES. THANK YOU.

**THE COURT:** GOOD AFTERNOON.

**UNIDENTIFIED VOICE:** GOOD AFTERNOON.

**THE COURT:** CAN WE HELP YOU?

**UNIDENTIFIED VOICE:** WE THOUGHT WE WOULD LIKE TO VISIT THE COURT.

**THE COURT:** YOU'RE WELCOME TO VISIT OUR COURT, AND YOU'RE WELCOME TO SIT DOWN AND WATCH WHAT WE'RE DOING. I HAVE TO SORT OF WARN YOU WE'RE NOT DOING ANYTHING THAT'S VERY EXCITING. IT'S IMPORTANT, BUT IT'S NOT EXCITING.

**UNIDENTIFIED VOICE:** ALL RIGHT. WE'LL JUST HANG OUT FOR A MINUTE.

**THE COURT:** WHAT WE'RE DOING IS WE'RE DECIDING -- I'M DECIDING WHAT INSTRUCTIONS I'M GOING TO GIVE TO THE JURY WHEN THE JURY COMES BACK TOMORROW AFTER NOON. I HAVE TO INSTRUCT THEM ON WHAT THE LAW IS, AND THE ATTORNEYS ARE ASSISTING ME IN PREPARING CORRECT INSTRUCTIONS FOR ME TO DELIVER TO THE JURY ROOM.

**UNIDENTIFIED VOICE:** WE'D LIKE TO STAY FOR A MINUTE.

**THE COURT:** SIT IN THE FRONT ROW SO YOU CAN SEE OR HEAR AS MUCH AS YOU CAN.

I MIGHT SAY IN THIS CASE THE DEFENDANT IS CHARGED WITH POSSESSION OF -- UNLAWFUL POSSESSION OF COCAINE FOR THE PURPOSE OF SELLING IT. SO, THE INSTRUCTIONS ARE GOING TO DEAL WITH -- WE JUST FINISHED TALKING ABOUT WHAT THE DEFINITIONS OF THOSE OFFENSES ARE.

**UNIDENTIFIED VOICE:** THANK YOU.

**THE COURT:** WE'RE NOW DOWN TO CALCRIM 3500, WHICH IS THE NUMBER OF THIS INSTRUCTION.

**MR. BASSAN:** I'M SORRY. WHICH? I'M SORRY. MR. GARRISON WANTS ME TO INDICATE, AND I THINK IT IS AN APPROPRIATE INDICATION, THAT HIS -- THAT OUR ARGUMENT FOR EXCLUDING THE LESSER INCLUDED OFFENSE 23 -- WHICH IS IN CALCRIM 2302, AND GENERALLY FOR ALLOWING A LESSER OFFENSE WOULD BE NOT ONLY STATUTORY GROUNDS, BUT BASED ON FIFTH AND 14TH AMENDMENTS OF THE U.S. CONSTITUTION; THAT TO ALLOW HIM TO BE CHARGED AND CONVICTED WITH A LESSER INCLUDED OFFENSE, WHICH WAS NOT CHARGED IN THE INFORMATION, IS A VIOLATION OF DOUBLE JEOPARDY.

I HAVE EXPLAINED TO MR. GARRISON MY UNDERSTANDING OF THE CURRENT STATE OF THE LAW, BUT I'M MAKING THIS ARGUMENT BECAUSE