Eric S Garrison
County Jail #5 P.O. Box 67
San Bruno CA. 94066

Northern District
U.S. District Courthouse
450 Golden Gate Av. 16th Flr.
San Francisco, CA. 94102

