UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Eric Garrison                    Plaintiff,  )
                                             )   CASE NO. CV 07 6327
vs.                                          )                    CW
Superior Court of the State                  )   PRISONER'S
of California for the                        )   APPLICATION TO PROCEED
City and County of San    Defendant.         )   IN FORMA PAUPERIS           (PR)
                  Francisco                  )

I, Eric Garrison, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?                        Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1 and wages per month which you received. (If you are imprisoned, specify the last place of
2 employment prior to imprisonment.)
3 _Telecom. 700 per mth. in 12/06_____
4 _____
5 _____
6 2.    Have you received, within the past twelve (12) months, any money from any of the following
7 sources:
8    a.    Business, Profession or                         Yes ___  No _✓_
9          self employment
10   b.    Income from stocks, bonds,                      Yes ___  No _✓_
11         or royalties?
12   c.    Rent payments?                                   Yes ___  No _✓_
13   d.    Pensions, annuities, or                          Yes ___  No _✓_
14         life insurance payments?
15   e.    Federal or State welfare payments,              Yes _✓_  No ___
16         Social Security or other govern-
17         ment source?
18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20 _State welfare $177 per mth_____
21 _____
22 3.    Are you married?                                  Yes ___  No _✓_
23 Spouse's Full Name: _____
24 Spouse's Place of Employment: _____
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $_____ Net $_____
27 4.    a.    List amount you contribute to your spouse's support:$ _____
28       b.    List the persons other than your spouse who are dependent upon you for support

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?      Yes ____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?       Yes ____ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No ____

_____

8. What are your monthly expenses?

Rent: $ __0__   Utilities: __0__

Food: $ __0__   Clothing: __0__

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

1  _____

2  _____

3  10.    Does the complaint which you are seeking to file raise claims that have been presented in

4  other lawsuits?   Yes ___  No ✓

5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6  they were filed.

7  _____

8  _____

9      I consent to prison officials withdrawing from my trust account and paying to the court the

10  initial partial filing fee and all installment payments required by the court.

11      I declare under the penalty of perjury that the foregoing is true and correct and understand

12  that a false statement herein may result in the dismissal of my claims.

13

14  _12/7/07_____         _Eric S. Harrison_____

15      DATE                                     SIGNATURE OF APPLICANT

16

17

18

19

20

21

22

23

24

25

26

27

28

Case Number: _____

## CERTIFICATE OF FUNDS
## IN
## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months at
                                                [prisoner name]
_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                            _____
                                                         [Authorized officer of the institution]