Eric S. Garrison
2338560
County Jail #5
P.O. Box 67
San Bruno, CA 94066

CV07-06327 CW

