IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC S. GARRISON,<br><br>    Petitioner,<br><br>    v.<br><br>SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Respondent. | No. C 07-06327 CW (PR)<br><br>JUDGMENT |

    The Court has dismissed the present petition for a writ of habeas corpus without prejudice for Petitioner's failure to provide the Court with his current address pursuant to Rule 3-11 of the Northern District Local Rules.  A judgment of dismissal without prejudice is hereby entered.

    Entered at Oakland, California this 1st of May, 2008.

                                        RICHARD W. WIEKING
                                        Clerk

                            By: *Sheilah Cahill*
                                  _____
                                  Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ERIC S. GARRISON,

        Plaintiff,

v.

CA SUPERIOR COURT et al,

        Defendant.

Case Number: CV07-06327 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric S. Garrison
2338560
County Jail #5
P.O. Box 67
San Bruno, CA 94066

Dated: May 1, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2