Eric S. Garrison
2338560
County Jail #5
P.O. Box 67
San Bruno, CA 94066

CV07-06327 CW



FILED
MAY 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

RETURN TO SENDER
___ Not in Custody
___ Unacceptable Item(s)
___ Other
San Francisco Sheriff's Department